In The United States District Court Southern District of Florida

Johnny Thomas
V
State Farot
Judge Rowe

Case# 50-2023-CF-003202

FILED BY _____ D.C.
JUL 22 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA.

28 U.S.C.A 2254(a) Writ Habeas Corpus for Speedy trial violation under rules (a)(3)(c)(3)(J)(4)

Come Now Honorable court defendant is asking for discharge under speedy trial violation and under six, fifth and fourthteenth ammendment violation

## Facts of Speedy trial violation

On June 05, 2023 defendant was granted pro'se and demanded speedy trial it was set Oct 02, 2023 On may 15, 2023 charges was abandoned before formal charges was filed state lost recapture pro-vision please review State V Drake Second District because charges was nolle prosequi Judge Rowe cancelled speedy trial for Oct 02, 2023 it caned state couldn't recapture because it was lost State V Drake Second District 209 So 3d 650 (2017) Defendant wasn't transported on date set for speedy trial dead-line speedy trial was violated Defendant filed Writ of Prohibition to lower court it was transferred to Fourth District Court of Appeal it was denied Oct 18, 2023 Defendant was called into court July 09, 2024 for a competant evidentary hearing Defendant convinced Judge he was competent, and was back in regular court on July 23, 2024 defendant was called into court to excluded time from Oct 02, 2023 speedy trial violation

## Second speedy trial violation

On July 23, 2024 when Judge and State excluded time from Oct 02, 2023 speedy trial violation they excluded thirty three days without any acts, events or nothing schedule in running of Oct 02, 2023 speedy trial and State or Court couldn't recapture after speedy trial was cancelled by court it was set Aug 26, 2024 Defendant discharge attorney on Aug 12, 2024 Aug 26, 2024 camed instead of speedy trial he had a limine hearing violating speedy trial for the second time by not having speedy trial on deadline again state loss recapture provision for first speedy trial violation by charges being abandoned Judge Rowe resucal herself from Aug 26, 2024 speedy trial camed back when it was violated Aug 27, 2024 defendant argued discharge Judge Collins was the Judge her and State ignored me asking for discharge Aug 26, 2024

## Denied or ignored motion to discharge

After speedy trial was violated for the second time defendant filed motion to discharges on dates of Oct 22, 2024 denied by Judge without five day hearing, Jan 03, 2025 denied by State for not having five day hearing, Feb 06, 2025 not answered, Mar 17, 2025 denied without having five day hearing none of these date had a five day hearing required by speedy trial rule 3.191 (b)(3) and also (1)(3)(2)(4) lossing prosecution to trial please review case laws in support of these claims Massey v Honorable Graziano Fifth District 564 So 2d 287 (1990) Lenard v Honorable Moxley Fifth District 497 So 2d 973 (1986) lost jurisdiction to prosecute in trial

## Unfair impartial Judge

Defendant filed numerous of motions to disqualify Judge Rowe Rowe was denying a lot of the motion to disqualify Judge not answering legal sufficiently looking over the trueth under disqualification rule 2.330 (H)(2)(C) also 2.330 (J) follow by presentation violating rule off my case On Nov 22, 2024 I filed motion to dis qualify Judge on Dec 2, 2024 I sent presentation to Joseph Ambrozzo clerks of controller I called back to the clerk office to see if she was reassigned

Since Joseph didn't reassign her off my case now I find out she denied it after I sent my presentation to get her reassigned off my case it was thirty eight days from Nov 22, 2024 motion to disqualify Judge I found that out from Clerks office I file another presentation to the Chief Judge now when Judge Rowe denied my motion to disqualify her on Dec 30, 2024 now she sent another order say I filed Nov 22, 2024 motion to disqualify her now it was filed on Dec 30 2024 the date she denied my motion to disqualify Judge on Jan 10, 2025 now see the conspiracy she wasn't removed after two presentation was sent to the heads of the courthouse Clerk of Controller and Chief Judge after she still denied presentation from not answering in thirty days follow by presentation to get reassigned till now a is still on my case that why I'm still in here please review supporting case law for Judges that didn't answer motion to disqualify Judge in thirty days is deemed granted please review Johnson v state Fourth District 968 So 2d 61 (2007) and also State v Borrego Third District 105 So 3d 616 (2013) When neutrality is to guard the litigant from a impartial Judge

## Federal impartial Judges bias and prejudice

These are Judges that is bias and prejudice on my petitions these Judges change my petition into they're petition to dismiss the petition I truly filed myself that is bias and prejudice and using a case law that is old this is different from Younger v Harris this is my constitutional rights violation legal sufficiency of my case on speedy trial violation Beth Bloom just dismiss my writ of prohibition for motion to Dismiss changing it to a 28 USC § 2241 under Younger v Harris that isn't what I filed she on her order saying I filed it she changed it only things I filed in United state District court was writ of prohibition, Certiorari and Writ Habeas everything in anything else Judges changing my petition to dismiss it being bias and prejudice and I would like for a fair Judge to answer constitutional rights is violated I would like for Beth Bloom to be disqualified under rule 28 U.S.C.A § 455 (b)(1)(a)(1) she is a impartial Judge I ask the court if a Judge

change my petition to dismiss it is bias and prejudice my state speedy trial has been violated twice and Im asking for discharge state court lost prosecution to for not having five day hearing required by speedy trial rule 3.191 (p)(3) if they wouldn of had the hearing it still would of been grounds for discharge from state not having speedy trial on date set lost recapture provision from charges being abandoned before formal charges was filed and Judge Rowe cancelled it closing court and charges is to be discharged forever Beth Bloom is bias and prejudice by saying Im raise old claims this are factual claims on record how speedy trials are violated not one but two speedy trial violations under these rules also showing of impartial judges change defendant petition to they're saying be filed it committing perjury if my petition was to be dismiss you wouldnt have to change it to a different petition please I asking for discharge remember Judges is to respect constitutional right so please do so.

Respectfully

*Johnny Thomas*

Johnny Thomas

A sworn and Subscribed by me *Johnny Thomas*

on this day July 12 2025

## Certificate of Indigent

On June 05,2023 defendant was granted Pro'se Indisent and he demanded speedy trial on Aug 10,2023 defendant was taken off Pro'se On Aug 12,2024 defendant was again Pro'se with same statue of Indisent

## Certificate of Service

A copy has been furnished to United States District Court Of the Southern District Of Florida 400 North Miami Avenue, Miami Florida 33128



Notary Public State of Florida
Shanetta Davis
My Commission
HH 200326
Exp. 11 18 2025

7/12/25

Johnny Thomas 0130339
PALM BEACH DETENTION CENTER
P.O. BOX 24716
W.P.B., FL 33416

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 33406
02 7H
0006224336
$ 001.03⁰
JUL 16 2025

Legal mail
pro'se

Chief Judge
United State District Court
Southern District of Florida
400 North Miami Ave
Miami Florida 33128

3312831801 C071

CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
JUL 22 2025
REC'D BY_____ D.C.

This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents